August 25, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

COOPER INDUSTRIES, LLC, COOPER INDUSTRIES, LTD., COOPER US, INC., AND COOPER INDUSTRIES, PLC, Appellants

NO. 14-14-00562-CV                    V.

PEPSI-COLA METROPOLITAN BOTTLING CO., INC., AND WHITMAN INSURANCE COMPANY LTD, Appellees

_____

This cause, an appeal from the order denying a motion to compel arbitration in favor of appellees, Pepsi-Cola Metropolitan Bottling Co., Inc., and Whitman Insurance Company Ltd, signed June 20, 2014, was heard on the transcript of the record. We have inspected the record and find error in the order of the trial court. We therefore **REVERSE** the order and **RENDER** judgment ordering arbitration of appellees' claims against appellants Cooper Industries, LLC, Cooper Industries, Ltd., Cooper US, Inc., and Cooper Industries, PLC. We **REMAND** this case to the trial court for further proceedings consistent with this opinion, including the grant of an appropriate stay.

We further order that all costs incurred by reason of this appeal be paid by appellees, Pepsi-Cola Metropolitan Bottling Co., Inc., and Whitman Insurance Company Ltd.

We further order this decision certified below for observance.